# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | 2:09-CR-0466-PMP-LRL |
| vs. | ) | |
| | ) | |
| **LUIS MIGUEL SAGRERO-ALBA**, | ) | |
| | ) | |
| Defendant. | ) | **ORDER** |
| | ) | |

IT IS HEREBY ORDERED that Michael Kimbrell is appointed as counsel for Luis Miguel Sagrero in place of James Oronoz for all future proceeding.

Mr. Oronoz shall froward the file to Mr. Kimbrell forthwith.

DATED this 9th day of July, 2010.

_____
United States Magistrate Judge