# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:09-CR-00466-PMP-LRL |
| Plaintiff, ) | |
| ) | **ORDER** |
| vs. ) | |
| LUIS MIGUEL SAGRERO-ALBA, ) | |
| Defendant. ) | |

On October 7, 2011, the Court granted Michael P. Kimbrell's "Emergency Ex-Parte Motion to Withdraw and for Appointment of New Counsel for Appeal." (Doc. #151). Therefore;

**IT IS HEREBY ORDERED** that Beau Sterling, Esq., is appointed in place of Mr. Kimbrell for the purpose of appeal.

**IT IS FURTHER ORDERED** that Mr. Kimbrell shall forward the file to Mr. Sterling forthwith.

DATED: October 20, 2011.

_____
PHILIP M. PRO
United States District Judge